UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robert W. Johnson

    v.                                                      Case No. 24-cv-302-SE-AJ

Haza Group

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 7, 2024. For the reasons explained therein, the complaint is dismissed without prejudice to being re-filed in an appropriate forum.

The clerk shall enter judgment and close this case.

                                                  /s/ Samantha D. Elliott
                                                Samantha D. Elliott
                                                United States District Judge

Date: January 7, 2025

cc:   Robert W. Johnson, pro se